UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dorothy Zyla, Administratrix</u>
<u>Of the Estate of John B. Zyla, Jr.</u>

    v.                           Civil No. 10-cv-446-JD

<u>Caterpillar, Inc.</u>

<u>O R D E R</u>

On today's date, a preliminary pretrial conference was held in this case.  The following attorneys appeared:  Emile R. Bussiere, Jr., for the plaintiff and John A.K. Grunert for the defendant.  The court approves the proposed Discovery Plan (document no. 5) with the following amendments:

**Trial Date:**  Two-week period beginning October 16, 2012.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:   December 2, 2010

cc:   Emile R. Bussiere, Jr., Esq.
      Richard P. Campbell, Esq.
      John A K. Grunert, Esq.
      Richard L. Campbell, Esq.